O
JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO HERNANDEZ BERNAL, | ) Case No. ED CV 13-2372 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated: September 23, 2014

_____
Hon. Jay C. Gandhi
United States Magistrate Judge